JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTONIO FERNANDEZ, | Case No. CV 20-10526 AB (Ex) |
|---|---|
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| DAGWOOD PROPERTY INVESTMENTS, LLC, a California Limited Liability Company; TOCAVO SOLUTIONS, INC., a California Corporation, | |
| Defendants. | |

THE COURT has been advised by counsel that the above-entitled action has been settled.

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 7, 2021  _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.